*Oakland　Circuit.*

## ELIJAH M. ADAMS

vs.

## JACOB BUTLER.

*Trespass on the Case—Jurisdiction of Justice.*

When suit in Justice Court is commenced in a plea of trespass on the case, with damages laid at three hundred dollars, the justice has no jurisdiction.

Certiorari to justice court.

In this case the summons issued by the justice was in an action of trespass on the case, damages being laid at $300 or under. The declaration was on the common counts in assumpsit.

The defendant moved to quash the summons on the ground that when the summons was in trespass on the case, with damages at $300, it was void on its face. The justice overruled the motion, and plaintiff took judgment.

By the Court, GASKILL, J.: The summons in this case was void, as the plea was trespass on the case, and damages laid therein at a sum above $100.

(December, 1881.)

*J. D. Bateman* and *Thomas J. Davis* for Plaintiff in Certiorari.

*Levi B. Taft,* Contra.